**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2017 JUN -7  PM 12:06

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Cynthia C. Sweet,  )
)
Plaintiff,  )
)
)
vs.  )
)
Big Red Liquors, INC.  )
,)
Defendant.  )
)

Cause No.

1: 17-cv- 1865 TWP -MPB

## EMPLOYMENT DISCRIMINATION COMPLAINT

Plaintiff brings a complaint against defendant _Big Red Liquors, INC._ for discrimination as set forth below.

Plaintiff ____ DOES __✔__ DOES NOT (indicate which) demand a jury trial.

## I. PARTIES

Plaintiff's Name and Address

Cynthia Sweet
723 Yellowwood Dr.
Greenwood, IN 46143

Defendant's Name and Address

Big Red Liquors, Inc.
5445 S. East St.
Indianapolis, IN 46227

## II. JURISDICTION

1.      This complaint is brought pursuant to:

_____ Title VII of the Civil Rights Act of 1964, as amended, and jurisdiction is based on 42 U.S.C. §2000e-5 and 28 U.S.C. §1343(a)(4);

_____ The Age Discrimination in Employment Act (29 U.S.C. § 621), and

jurisdiction is based on 28 U.S.C. §§ 1331 and 1343(a);

_____ The Americans with Disabilities Act (42 U.S.C. § 12101), and jurisdiction is based on 28 U.S.C. §§ 1331 and 1343(a);

_____ The Rehabilitation Act (29 U.S.C. § 701, *et seq.*), and jurisdiction is based on 28 U.S.C. §§ 1331 and 1343(a);

_____ Equal rights under law (42 U.S.C. § 1981), and jurisdiction is based on 28 U.S.C. §§ 1331 and 1343(a);

_____ Other (list): _____

2.    Plaintiff ✓ DID ____ DID NOT (indicate which) timely file a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission. [**Attach a copy of charge to this complaint**].

3.    Plaintiff's Right to Sue Notice from the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission was **received** on or about _April 5, 2017_ (insert date). [**Attach a copy of Notice of Right to Sue to this complaint**].

## III. STATEMENT OF LEGAL CLAIM

Plaintiff is entitled to relief in this action because:

I was Terminated.

See Attachment

*The Particulars Are*

## IV. FACTS IN SUPPORT OF COMPLAINT

See Attachment

* The Particulars Are *

## V. PRAYER FOR RELIEF

Based on the foregoing, plaintiff seeks the following relief:

I, Cynthia Sweet Pray for Back Wages + on going lost wages of $19,380.
(30 hrs wk x 76 wks at $8.50 hr.)
Pain and Suffering Damages, Punitive Damages
and Court Costs.

(Use additional sheets if necessary.)

## VI. SIGNATURE

Signed this 7th day of June , 20 17.

_Cynthia Sweet_
(Signature of Plaintiff)